## Motley *et al.* v. Tillis & O'Neal.

APPEAL from Coffee Chancery Court.

Heard before Hon. JERE N. WILLIAMS.

J. D. GARDNER and SOLLIE & KIRKE for appellant.

M. E. MILLIGAN, *contra;*

This was a bill in chancery, filed by the appellees, against the appellants, seeking the foreclosure of a mortgage, and the appointment of a receiver of rents and profits. From an order appointing a receiver, the defendants appealed. Affirmed.

Opinion by McClellan, J.